# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:                                    §   Case No. 14-13170
                                          §
NANCY J MOTT                              §
                                          §
                                          §
                                          §
            Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 am on 07/29/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/06/2015                  By:  /s/ David P. Leibowitz
                                               Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 14-13170 |
| | § | |
| NANCY J MOTT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $12,510.00
*and approved disbursements of* $3,793.14
*leaving a balance on hand of[1]:* $8,716.86

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $8,716.86

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,641.00 | $0.00 | $1,641.00 |
| David P. Leibowitz, Trustee Expenses | $3.62 | $0.00 | $3.62 |
| Lakelaw, Attorney for Trustee Fees | $1,292.50 | $0.00 | $1,292.50 |
| Lakelaw, Attorney for Trustee Expenses | $0.92 | $0.00 | $0.92 |

Total to be paid for chapter 7 administrative expenses: $2,938.04
Remaining balance: $5,778.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,778.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,778.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $57,259.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $12,734.64 | $0.00 | $1,285.22 |
| 2 | American InfoSource LP as agent for | $10,808.49 | $0.00 | $1,090.83 |
| 3 | Chicago Anesthesiologist Pain Specialists | $512.00 | $0.00 | $51.67 |
| 4 | Kamerlink, Stark et al | $33,204.35 | $0.00 | $3,351.10 |

|  | Total to be paid to timely general unsecured claims: | $5,778.82 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:  /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 14-13170-JPC
Nancy J Mott                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 2          Date Rcvd: Jul 07, 2015
                              Form ID: pdf006       Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 09, 2015.
```
db             #+Nancy J Mott,    4142 N. Albany Avenue, 1st Floor,    Chicago, IL 60618-2506
aty             David P. Leibowitz,    Lakelaw,    420 W. Clayton St.,    Waukegan, IL 60085-4216
aty            +Lakelaw,    420 W. Clayton Street,    Waukegan, IL 60085-4216
21774486       +Advanced Pain,    3718 N Broadway,    Chicago, IL 60613-4105
21774487       +Advocate Medical Group,    75 Remittance Dr, Suite 1049,    Chicago, IL 60675-1049
21774488       +Ann Mott,    1725 Clavinia,    Deerfield, IL 60015-3915
21774489       +Best Buy,    PO Box 5253,    Carol Stream, IL 60197-5253
21774491       +Cap One Best Buy,    PO Box 30253,    Salt Lake City, UT 84130-0253
21774493       +Chicago Anesthes Pain Specialists,    3000 N Halsted, Suite 601,    Chicago, IL 60657-9269
21774494       +Citi,    PO Box 6241,    Sioux Falls, SD 57117-6241
21774495       +Clinical Neuro Sciences,    8 South Michigan Ave,    Ste 1505,    Chicago, IL 60603-3398
21856461        Collette Netwig,    4142 N Albany,    Des Plaines IL 60018
21774496       +Conseco, Inc.,    11825 N. Pennsylvania Ave,    Carmel, IN 46032-4604
21774497       +Creditors Discount & Audit,    PO Box 213,    Streator, IL 61364-0213
21774499       +Doug Mott,    1318 S Indiana Pkwy,    Chicago, IL 60605-2618
21774500       +Eugene Frankowski,    1658 W Barry,    Chicago, IL 60657-3016
21774501       +Faucher, T MD,    120 S State St,    Chicago, IL 60603-5503
21774502       +Harris & Harris, Ltd.,    111 W Jackson Blvd, Suite 400,    Chicago, IL 60604-4135
21774504       +ICS,    PO Box 1010,    Tinley Park, IL 60477-9110
21774506       +IL Masonic Med Center,    PO Box 4247,    Carol Stream, IL 60197-4247
21774507       +IMMC,    836 W Wellington,    Chicago, IL 60657-5147
21774508       +Kamerlink, Stark et al,    Nalia N Robinson,    221 N Lasalle St, Suite 1800,
                 Chicago, IL 60601-1406
21774515       +MRS, LLC,    2250 E Devon Ave, Suite 352,    Des Plaines, IL 60018-4521
21774511       +Marion Mott,    2414 Mustang,    West Linn, OR 97068-2206
21774513       +Merchants Credit Guide,    223 W Jackson Blvd, Suite 900,    Chicago, IL 60606-6912
21774516       +Pediatric Development Center,    3040 N Wilton, 2nd Floor,    Chicago, IL 60657-4424
21774518       +Tracy Mott,    2414 Mustang,    West Linn, OR 97068-2206
21774519       +Vision One,    PO Box 7477,    Rockford, IL 61126-7477
21774520       +Wellington Radiology,    39006 Treasury Center,    Chicago, IL 60694-9000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22083127         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 08 2015 01:28:01
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK 73126-8941
21774490        +E-mail/Text: mmeyers@blittandgaines.com Jul 08 2015 01:25:38      Blitt & Gaines,
                  661 Glenn Avenue,    Wheeling, IL 60090-6017
21774492        +E-mail/Text: contact@csicollects.com Jul 08 2015 01:25:56      Certified Services,
                  1733 Washington St, Suite 201,    Waukegan, IL 60085-5192
22108017        +E-mail/Text: contact@csicollects.com Jul 08 2015 01:25:56
                  Chicago Anesthesiologist Pain Specialists,    c/o Certified Services Inc,    Pob 177,
                  Waukegan IL 60079-0177
21774498         E-mail/PDF: mrdiscen@discover.com Jul 08 2015 01:28:07      Discover,    PO Box 15316,
                  Wilmington, DE 19850
22018045         E-mail/PDF: mrdiscen@discover.com Jul 08 2015 01:28:07      Discover Bank,
                  DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
21774505        +E-mail/Text: des.claimantbankruptcy@illinois.gov Jul 08 2015 01:25:31      IDES,    PO Box 6996,
                  Chicago, IL 60680-6996
21774510        +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 08 2015 01:23:12      Kohls,    PO Box 3115,
                  Milwaukee, WI 53201-3115
21774512        +E-mail/PDF: gecsedi@recoverycorp.com Jul 08 2015 01:21:20      Menard,    PO 8066,
                  Eau Claire, WI 54702-8066
21774514        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 08 2015 01:23:53      Midland Funding,
                  8875 Aero Dr, Suite 200,    San Diego, CA 92123-2255
21774517        +E-mail/Text: clientservices@northwestcollectors.com Jul 08 2015 01:23:26
                  Professional Serv in Cardiology,    c/o Northwest Collectors,    3601 Algonquin Rd, Suite 232,
                  Rolling Meadows, IL 60008-3106
                                                                                               TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21774503       ##+HSBC,    Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
21774509       ##+Kathrine Mott,    980 Berger #14,    Brooklyn, NY 11216-2921
                                                                                               TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.   The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1           User: dgomez              Page 2 of 2              Date Rcvd: Jul 07, 2015
                               Form ID: pdf006           Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2015                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2015 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ     on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Edwin L Feld    on behalf of Debtor Nancy J Mott notice@edfeldlaw.com,   efeld@edfeldlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```