UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 14-13170 |
| | § | |
| NANCY J MOTT | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)   All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)   A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $2,300.00 | Assets Exempt: | $18,109.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $5,778.82 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $3,131.18 | | |

3)   Total gross receipts of $12,510.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $3,600.00 (see **Exhibit 2**), yielded net receipts of $8,910.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,131.18 | $3,131.18 | $3,131.18 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $144,826.00 | $57,259.48 | $57,259.48 | $5,778.82 |
| **Total Disbursements** | $144,826.00 | $60,390.66 | $60,390.66 | $8,910.00 |

   4). This case was originally filed under chapter 7 on 04/09/2014. The case was pending for 53 months.

   5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated: <u>09/10/2015</u>         By:  <u>/s/ David P. Leibowitz</u>
                                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Debtor is owed in the range of $21,000.00 from ex-husband, Eugene Frankowski, pursuant to property settlement in divorce | 1110-000 | $12,510.00 |
| **TOTAL GROSS RECEIPTS** | | $12,510.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NANCY MOTT | Exemptions | 8100-002 | $3,600.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $3,600.00 |

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,641.00 | $1,641.00 | $1,641.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $3.62 | $3.62 | $3.62 |
| Green Bank | 2600-000 | NA | $193.14 | $193.14 | $193.14 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $1,292.50 | $1,292.50 | $1,292.50 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $0.92 | $0.92 | $0.92 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $3,131.18 | $3,131.18 | $3,131.18 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $12,734.00 | $12,734.64 | $12,734.64 | $1,285.22 |
| 2 | American InfoSource LP as agent for | 7100-000 | $10,434.00 | $10,808.49 | $10,808.49 | $1,090.83 |
| 3 | Chicago Anesthesiologist Pain Specialists | 7100-000 | $512.00 | $512.00 | $512.00 | $51.67 |
| 4 | Kamerlink, Stark et al | 7100-000 | $33,204.00 | $33,204.35 | $33,204.35 | $3,351.10 |
|  | Advanced Pain | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
|  | Advocate Medical Group | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Ann Mott | 7100-000 | $360.00 | $0.00 | $0.00 | $0.00 |
|  | Citi | 7100-000 | $53,693.00 | $0.00 | $0.00 | $0.00 |
|  | Clinical Neuro Sciences | 7100-000 | $475.00 | $0.00 | $0.00 | $0.00 |
|  | Doug Mott | 7100-000 | $6,060.00 | $0.00 | $0.00 | $0.00 |
|  | Eugene Frankowski | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | Faucher, T MD | 7100-000 | $900.00 | $0.00 | $0.00 | $0.00 |
|  | IDES | 7100-000 | $1,300.00 | $0.00 | $0.00 | $0.00 |
|  | IL Masonic Med Center | 7100-000 | $11,131.00 | $0.00 | $0.00 | $0.00 |
|  | IMMC | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Katherine Mott | 7100-000 | $1,200.00 | $0.00 | $0.00 | $0.00 |
|  | Kohls | 7100-000 | $2,696.00 | $0.00 | $0.00 | $0.00 |
|  | Marion Mott | 7100-000 | $1,900.00 | $0.00 | $0.00 | $0.00 |
|  | Menard | 7100-000 | $5,000.00 | $0.00 | $0.00 | $0.00 |
|  | Pediatric Development Center | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Pediatric Development Center | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
|  | Professional Serv in Cardiology | 7100-000 | $105.00 | $0.00 | $0.00 | $0.00 |
|  | Tracy Mott | 7100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 |
|  | Wellington Radiology | 7100-000 | $622.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $144,826.00 | $57,259.48 | $57,259.48 | $5,778.82 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

Exhibit 8

| Case No.: | 14-13170-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MOTT, NANCY J | Date Filed (f) or Converted (c): | 04/09/2014 (f) |
| For the Period Ending: | 9/10/2015 | §341(a) Meeting Date: | 05/29/2014 |
| | | Claims Bar Date: | 09/02/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Debtor is owed in the range of $21,000.00 from ex-husband, Eugene Frankowski, pursuant to property settlement in divorce decree | Unknown | Unknown | | $12,510.00 | FA |
| 2  North Community Bank | $400.00 | $400.00 | | $0.00 | FA |
| 3  Furnishings | $1,500.00 | $1,500.00 | | $0.00 | FA |
| 4  electronics, dishwasher (To Surrender) | $200.00 | $0.00 | | $0.00 | FA |
| 5  Clothings | $500.00 | $0.00 | | $0.00 | FA |
| 6  Bike | $500.00 | $100.00 | | $0.00 | FA |
| 7  Term policy | $0.00 | $0.00 | | $0.00 | FA |
| 8  Insurance policy (Metlife); Children are beneficiaries | $7,209.00 | $0.00 | | $0.00 | FA |
| 9  403(b) and TRS Retirement | Unknown | Unknown | | $0.00 | FA |
| 10 2003 Nissan Sentra | $2,500.00 | $100.00 | | $0.00 | FA |
| 11 EIC (2013) | $4,000.00 | $0.00 | | $0.00 | FA |
| 12 Nominal if any tax refund (2013) | $0.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                                          **Gross Value of Remaining Assets**

$16,809.00        $2,100.00                        $12,510.00        $0.00

**Major Activities affecting case closing:**

| 06/30/2015 | TFR submitted to UST on 5/21/15 |
|---|---|
| 08/25/2014 | David indicated that the Debtor's attorney can protect refund; however David will oppose $1,000. You then offered the Debtor's attorney an opportunity to compromise and indicated that we recently filed a brief in another case. |
| | David also requested statements regarding the pre and post payments made to dentist for new consideration as to whether we could recover. |
| | We have not receive an offer to resolve the tax issues or receipt of the payments made to the dentist. |
| | David agreed to return debtor's exempt portion of $4,000.00 relating to the pre-marital settlement agreement. We have a total of $12,510.00 in the estate. |
| 05/17/2014 | Prepare Motion to Employ |
| 05/15/2014 | Motion to Employ Lakelaw |
| | Motion to employ Accountant |
| 04/25/2014 | Proceeds from real estate closing received. |

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2015 | /s/ DAVID LEIBOWITZ |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 05/21/2015 | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 14-13170-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | MOTT, NANCY J | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2679 | Checking Acct #: | ******7001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 4/9/2014 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 9/10/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2014 | (1) | Chicago Title & Trust Co. | Proceeeds received from real estate closing. | 1110-000 | $12,510.00 | | $12,510.00 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $1.95 | $12,508.05 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.83 | $12,487.22 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.85 | $12,468.37 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.12 | $12,448.25 |
| 08/25/2014 | 3001 | NANCY MOTT | Payment pursuant to Claimed Exemptions RE: A/R related to settlement in divorce decree. | 8100-002 | | $4,000.00 | $8,448.25 |
| 08/28/2014 | 3001 | VOID: NANCY MOTT | Void to correct amount of exemption | 8100-003 | | ($4,000.00) | $12,448.25 |
| 08/28/2014 | 3002 | NANCY MOTT | Claimed Exemptions per Amended Schedule C RE: Settlement proceeds. | 8100-002 | | $3,600.00 | $8,848.25 |
| 08/29/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.73 | $8,827.52 |
| 09/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $13.88 | $8,813.64 |
| 10/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $15.14 | $8,798.50 |
| 11/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $12.82 | $8,785.68 |
| 12/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $14.17 | $8,771.51 |
| 01/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $14.61 | $8,756.90 |
| 02/27/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $12.76 | $8,744.14 |
| 03/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.65 | $8,730.49 |
| 04/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $13.63 | $8,716.86 |
| 07/29/2015 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 0.92; Amount Allowed: 0.92;  Distribution Dividend: 100.00; | 3120-000 | | $0.92 | $8,715.94 |
| 07/29/2015 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 1,292.50; Amount Allowed: 1,292.50;  Distribution Dividend: 100.00; | 3110-000 | | $1,292.50 | $7,423.44 |
| 07/29/2015 | 3005 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,641.00 | $5,782.44 |
| 07/29/2015 | 3006 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $3.62 | $5,778.82 |
| 07/29/2015 | 3007 | American InfoSource LP as agent for | Claim #: 2; Amount Claimed: 10,808.49; Amount Allowed: 10,808.49; Distribution Dividend: 10.09; | 7100-000 | | $1,090.83 | $4,687.99 |
| 07/29/2015 | 3008 | Chicago Anesthesiologist Pain Specialists | Claim #: 3; Amount Claimed: 512.00; Amount Allowed: 512.00;  Distribution Dividend: 10.09; | 7100-000 | | $51.67 | $4,636.32 |
| 07/29/2015 | 3009 | Kamerlink, Stark et al | Claim #: 4; Amount Claimed: 33,204.35; Amount Allowed: 33,204.35; Distribution Dividend: 10.09; | 7100-000 | | $3,351.10 | $1,285.22 |
| 07/29/2015 | 3010 | Discover Bank | Claim #: 1; Amount Claimed: 12,734.64; Amount Allowed: 12,734.64; Distribution Dividend: 10.09; | 7100-900 | | $1,285.22 | $0.00 |

| | | | | **SUBTOTALS** | $12,510.00 | $12,510.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 14-13170-JPC | |
| **Case Name:** | MOTT, NANCY J | |
| **Primary Taxpayer ID #:** | **-***2679 | |
| **Co-Debtor Taxpayer ID #:** | | |
| **For Period Beginning:** | 4/9/2014 | |
| **For Period Ending:** | 9/10/2015 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7001 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $12,510.00 | $12,510.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $12,510.00 | $12,510.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $3,600.00 | |
| | | | **Net** | | $12,510.00 | $8,910.00 | |

**For the period of 4/9/2014 to 9/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,510.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,510.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,910.00 |
| Total Non-Compensable Disbursements: | $7,600.00 |
| Total Comp/Non Comp Disbursements: | $12,510.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 04/25/2014 to 9/10/2015**

| | |
|---|---|
| Total Compensable Receipts: | $12,510.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,510.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,910.00 |
| Total Non-Compensable Disbursements: | $7,600.00 |
| Total Comp/Non Comp Disbursements: | $12,510.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 14-13170-JPC | **Trustee Name:** | David Leibowitz |
| **Case Name:** | MOTT, NANCY J | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***2679 | **Checking Acct #:** | ******7001 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** | |
| **For Period Beginning:** | 4/9/2014 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 9/10/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $12,510.00 | $12,510.00 | $0.00 |

| **For the period of 4/9/2014 to 9/10/2015** | | **For the entire history of the case between 04/09/2014 to 9/10/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $12,510.00 | Total Compensable Receipts: | $12,510.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $12,510.00 | Total Comp/Non Comp Receipts: | $12,510.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,910.00 | Total Compensable Disbursements: | $4,910.00 |
| Total Non-Compensable Disbursements: | $7,600.00 | Total Non-Compensable Disbursements: | $7,600.00 |
| Total Comp/Non Comp Disbursements: | $12,510.00 | Total Comp/Non Comp Disbursements: | $12,510.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ